1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ANNA DELGADO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FOOD 4 LESS OF CALIFORNIA, INC. and RALPHS GROCERY COMPANY<br><br>Defendant. | Case No.   3:22-cv-01465-WHO<br><br>**ORDER TRANSFERRING VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION** |
|---|---|

[Proposed] Order Transferring Venue to the Central District of California, Western Division
Case No.  3:22-cv-01465-JCS
sf-4779653

1

1     Having reviewed the Stipulation by plaintiff Anna Delgado and defendants Ralphs
2 Grocery Company dba Food 4 Less and Food 4 Less of California, Inc. to Transfer Venue to the
3 United States District Court for the Central District of California, Western Division, the Court
4 hereby orders pursuant to 28 U.S.C §§ 1404(a) and 1406(a) that the above-captioned action be
5 transferred to the United States District Court for the Central District of California, Western
6 Division for all further proceedings.

7     Defendants' responsive pleadings shall be due within thirty (30) calendar days after
8 Defendants receive notice that the transfer of this action to the Central District is complete.

9     **IT IS SO ORDERED.**

11 Dated: April 7, 2022          _____
12                                     Hon. William H. Orrick
                                     United States District Court

[PROPOSED] ORDER TRANSFERRING VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
Case No.  3:22-cv-01465-JCS
sf-4779653

2